IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDDA M MORALES HERNANDEZ

WILLIAM MALDONADO SANTIAGO

DEBTOR(S)

CASE 10-10283-SEK

CHAPTER 13

# NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
# MEETING OF CREDITORS

The meeting of creditors under 11 U.S.C. § 341, in the above captioned case has been scheduled for **March 03, 2011 at 2:30 pm.** It will be held at Ochoa Building, First Floor, Comercio Street Entrance, Tanca Street Corner, Old San Juan, Puerto Rico 00901.

In San Juan, Puerto Rico, this January 19, 2011.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

/s/ **ALEJANDRO OLIVERAS RIVERA**
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062

| 10-10283-SEK | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | BK OF AMER<br>PO BOX 17054<br>WILMINGTON, DE 19850 |
| FIA CARD SERVICES NA<br>BANK OF AMERICA N A USA AND MBNA AMERICA<br>BANK N A<br>1000 SAMOSET DRIVE<br>DE5 023 03 03 | FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO<br>BANK OF AMERICA NA AND MBNA AMERICA BANK<br>1000 SAMOSET DRIVE<br>DE5-023-03-03<br>NEWARK, DE 19713 |
| FINANCIAL ASSET<br>P O BOX 600<br>ASHLAND, VA 23005-0600 | FIRST BANK OF PR<br>FIA CARD SERVICES<br>P O BOX 15026<br>WILMINGTON, DE 19850-5026 |
| GE MONEY BANK<br>SAMS CLUB<br>PO BOX 981400<br>EL PASO, TX 79998 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 |
| USDA RUR DEV<br>P.O. BOX 66889<br>SAINT LOUIS, MO 63166 | USDA RURAL HOUSING SERVICE<br>CENTRALIZED SERVICING CENTER<br>PO BOX 790190<br>ST LOUIS, MO 63179-0190 |
| EDDA M MORALES HERNANDEZ and WILLIAM MALDONADO SANTIAGO<br>URB CIBUCO<br>C22 CALLE 6<br>COROZAL, PR 00983 | |

DATED: January 19, 2011

/S/DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1 - CASE 10-10283-SEK